EXECUTION COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHRISTOPHER SILVA, Individually on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

HORNELL BREWING CO., INC., ARIZONA BEVERAGE USA LLC, BEVERAGE MARKETING USA, INC. and ARIZONA BEVERAGE CO.,

    Defendants.

---

20-cv-756 (ARR) (PK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Federal Rule of Civil Procedure 41(a), by and between the parties and/or their respective counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party to this litigation has an interest in the subject matter of this action, Plaintiff hereby dismisses all of his claims in this action with prejudice and without costs to any party;

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation can be executed in counterparts, that any photocopy, fax, or electronic transmission of the same is deemed to be an original, and that this stipulation may be filed with the Clerk of the Court via ECF without any further notice to any party.

Dated: New York, New York
       April 19, 2021

| THE SULTZER LAW GROUP | MORRISON COHEN LLP |
|---|---|
| By: _____ | By: _____ |
| Joseph Lipari | Howard S. Wolfson |
| 270 Madison Avenue, Suite 1800 | 909 Third Avenue |
| New York, New York 10016 | New York, New York 10022 |
| (212) 969-7811 | (212) 735-8600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

#10216463 v3 \016932 \0009